FILED: July 6, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1707
(3:21-cv-00352-FDW-SCR)

_____

WE CBD, LLC; WE C MANAGE, LLC

   Plaintiffs - Appellants

v.

PLANET NINE PRIVATE AIR, LLC

   Defendant - Appellee

v.

ED CLARK; JET NORTHWEST, LLC; K&R INTERNATIONAL SERVICES; KELLY MCFALL

   Third Party Defendants

---

This case has been opened on appeal.

| Originating Court | United States District Court for the Western District of North Carolina at Charlotte |
|---|---|
| Originating Case Number | 3:21-cv-00352-FDW-SCR |
| Date notice of appeal filed in originating court: | 06/30/2023 |
| Appellant(s) | We CBD, LLC; We C Manage, LLC |
| Appellate Case Number | 23-1707 |
| Case Manager | Marcy E. Beall<br>804-916-2702 |